## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Recardo D. Meeks,** | **Court File No.:10-CV-2008 DWF/LIB** |
| **Plaintiff,** | |
| v. | |
| **Timothy Dolan, Chief of the Minneapolis Police Department (individually and in his official capacity), the City of Minneapolis, Officer David O'Connor (individually and in his official capacity), and Officer Daniel Anderson (individually and in his official capacity),** | **STIPULATION OF DISMISSAL** |
| **Defendants.** | |

The parties, by and through their undersigned attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's Complaint with prejudice and without costs to any party.

| | |
|---|---|
| Dated:  12-21-11 | Dated: 12/22/11 |
| RICE, MICHELS & WALTHER<br>By | SUSAN L. SEGAL<br>City Attorney<br>By |
| s/Ann E. Walther<br>ANN E. WALTHER<br>Attorney Reg. No. 21369X<br>206 East Bridge – Riverplace<br>10 Second Street N.E.<br>Minneapolis, MN 55413 | s/Darla J. Boggs<br>JAMES A. MOORE (Reg. No. 16883X)<br>DARLA J. BOGGS (Reg. No. 314912)<br>Assistant City Attorneys<br>350 South 5th Street, Room 210<br>Minneapolis, MN  55415<br>(612) 673-2975 |
| *Attorneys for Defendants O'Connor and Anderson* | *Attorneys for Defendants City of Minneapolis* |

**STIPULATION OF DISMISSAL**
*Recardo D. Meeks v. City of Minneapolis et al.,* 10-CV-2008 (DWF/LIB)

Dated: 12/22/11

By

s/John A. Klassen
JOHN A. KLASSEN, PA
Attorney Reg. No. 24434X
700 Lumber Exchange Bldg.
10 South Fifth Street
Minneapolis, MN 55402

MULLER & MULLER, PLLC
Andrew P. Muller
Attorney Reg. No. 32467X
3109 West 50th Street, No. 362
Minneapolis, MN 55410

COTTRELL LAW FIRM, PA
Joshua Carlson
Attorney Reg. No. 387414
2315 Waters Drive
Mendota Heights, MN 55120

*Attorneys for Plaintiff*