**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Recardo D. Meeks, | Civil No. 10-2008 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS OFFICER DAVID O'CONNOR AND OFFICER DANIEL ANDERSON** |
| The City of Minneapolis; Officer David O'Connor, individually and in his official capacity;  and Officer Daniel Anderson, individually and in his official capacity, | |
| Defendants. | |

Andrew P. Muller, Esq., Muller & Muller, PLLC; John A. Klassen, Esq., John A. Klassen, PA; and Joshua W. Carlson, Esq., Joshua Carlson P.A., counsel for Plaintiff.

Darla J. Boggs and James Anthony Moore, Assistant City Attorneys, counsel for Defendant The City of Minneapolis.

Ann E. Walther, Esq., and Karin E. Peterson, Esq., Rice Michels & Walther, counsel for Defendants Officer David O'Connor and Officer Daniel Anderson.

The above-captioned matter having come on before the Court on the Stipulation of Dismissal of Officers David O'Connor and Daniel Anderson (Doc. No. [41]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** against Defendants Officer David O'Connor and Officer Daniel Anderson and without costs to any party.

Dated:  January 9, 2012            s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge